UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**TGA 3851 GRANDPINE WAY LLC,**

    **Plaintiff,**

v.                                            **Case No: 6:19-cv-153-Orl-41DCI**

**ANNETTE PERRY,**

    **Defendant.**

**ORDER**

THIS CAUSE is before the Court on Defendant's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) and on Plaintiff's Motion to Remand to State Court (Doc. 7). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 8), recommending that this case be remanded.

After a *de novo* review, and noting that no objections were timely filed, this Court agrees with the analysis in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 8) is **ADOPTED** and **CONFRMED** and made a part of this Order.

2. Defendant's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. Plaintiff's Motion to Remand to State Court (Doc. 7) is **GRANTED**.

4. This case is **REMANDED** to the Circuit Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida, Case Number 2018-CC-4419-21-S.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 8, 2019.



Copies furnished to:

Counsel of Record
Unrepresented Party
Clerk of Court of the Eighteenth Judicial Circuit in and for Seminole County, Florida